JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HENDERSON,<br><br>　　　　　Petitioner,<br>　　v.<br><br>BARRYMORE,<br><br>　　　　　Respondent. | Case No. CV 11-6023-VAP (OP)<br><br>J U D G M E N T |

　　　Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: April 2 2012

　　　　　　　　　　　　　　　　　　　　／s／ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　HONORABLE VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge